# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OUSAMA M. BEN KHALIFA and LISA M.
BEN KHALIFA,**

                    **Plaintiffs,**

**-vs-**                                          **Case No.  6:06-cv-620-Orl-31JGG**

**DONALD NEUFELD, District Director for
USCIS, Miami; EMILIO GONZALEZ,
USCIS Director and MICHAEL
CHERTOFF, Secretary of the Department
of Homeland Security,**

                    **Defendants.**

_____

# ORDER

This matter comes before the Court on the motion to dismiss (Doc. 14) filed by the

Defendants.  The deadline for a response having expired without any filing from the Plaintiffs, it is

hereby **ORDERED** that the motion to dismiss is **GRANTED**, and this case is **DISMISSED** for

lack of subject matter jurisdiction.  The Clerk is directed to close the case.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 27, 2006.

                                             GREGORY A. PRESNELL
                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party